Heather L. Rosing, Bar No. 183986
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California  92101
(619) 239-8131/FAX (619) 238-8707
dagle@klinedinstlaw.com

Attorneys for Defendants
RYAN CARVALHO & WHITE, LLP
(F/K/A RYAN MERCALDO LLP,
F/K/A RYAN MERCALDO &
WORTHINGTON, LLP) and BRIAN P.
WORTHINGTON

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>RYAN MERCALDO LLP; RYAN MERCALDO & WORTHINGTON, LLP; and BRIAN P. WORTHINGTON,<br><br>                    Defendants. | Case No.   3:13-cv-2192 W (DHB)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[No Oral Argument Pursuant to Local Rule]<br><br>Date:               March 10, 2014<br>Courtroom:          3C<br>Judge:              Hon. Thomas J. Whelan<br>Magistrate Judge:   Hon. David H. Bartick<br>Complaint Filed:    September 13, 2013<br>Trial Date:         None set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that on March 10, 2014, Defendants RYAN CARVALHO

& WHITE, LLP (F/K/A RYAN MERCALDO LLP, F/K/A RYAN MERCALDO

& WORTHINGTON, LLP) and BRIAN P. WORTHINGTON ("Attorney

Defendants") will and hereby move this Court to dismiss the First Amended

Complaint, without leave to amend, pursuant to Federal Rules of Civil Procedure,

Rule 12(b)(6), on the grounds that this action is time-barred pursuant to California

Code of Civil Procedure section 340.6.   Pursuant to local rules, there is no oral

argument in open court.

- 1 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    This motion will be based upon this Notice of Motion, the Memorandum of

2   Points and Authorities, the Request for Judicial Notice, the Declaration of Daniel

3   S. Agle and exhibits thereto, and all pleadings and papers filed in this action.

4

5                                        KLINEDINST PC

6

7   DATED: February 6. 2014          By:  s/ Daniel S. Agle
                                          Daniel S. Agle
8                                         Attorneys for Defendants
                                          RYAN CARVALHO & WHITE, LLP
9                                         (F/K/A RYAN MERCALDO LLP,
                                          F/K/A RYAN MERCALDO &
10                                        WORTHINGTON, LLP) and BRIAN
                                          P. WORTHINGTON

11   15800981v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

NOTICE OF MOTION AND MOTION TO DISMISS
2:13-cv-2192 W (DHB)